UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. a/k/a ABC SUPPLY CO., INC.<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA MILLER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO: 3:22-cv-10908<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff American Builders & Contractors Supply Co., Inc. a/k/a ABC Supply Co., Inc. ("ABC" or "Plaintiff") files this Complaint for open account, breach of contract, unjust enrichment, quantum meruit, and attorney's fees and costs of litigation against Defendant JOSHUA MILLER ("MILLER" or "Defendant"), showing this Honorable Court as follows:

### PARTIES, JURISDICTION, AND VENUE

1. ABC is a Delaware corporation with its principal place of business in Beloit, Wisconsin. ABC is registered to do business in the State of Florida.

2. Upon information and belief, MILLER is an individual resident of the State of Florida and may be served with process at his places of business at 6219 N. Palafox St., Suite G, Pensacola, FL 32503, 225 N. Pace Blvd, Suite 102, Pensacola,

1

FL 32505, or at his residence at 6423 Heronwalk Dr., Gulf Breeze, FL 32563.

3. This Court has personal jurisdiction over MILLER because he resides in the forum state.

4. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1), because there is diversity of citizenship between Plaintiff, on the one hand, and Defendant, on the other hand, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. For diversity purposes, Plaintiff ABC is a citizen of the State of Delaware and the State of Wisconsin, and Defendant MILLER is a citizen of the State of Florida.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) because the only defendant in this case resides within the Northern District of Florida. Venue is also proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims alleged in this Complaint occurred within the jurisdiction of the Northern District of Florida.

## FACTS

7. On or about January 7, 2018 Defendant entered into a Credit Application and guaranty for purposes of obtaining an open line of credit from ABC. Pursuant to the terms and conditions of the Credit Application Defendant agreed to pay each invoice in full on or before its due date; that interest would accrue at the

rate of 18% per annum and unpaid principal amounts owed; and to pay all costs of collection, including ABC's attorneys' fees and costs incurred as a result of filing an action to collect amounts due. A redacted copy of the Credit Application is attached hereto as **Exhibit A**.

8. To induce ABC to extend credit to JM ROOFING OF GEORGIA, LLC, Miller granted ABC an unconditional personal guarantee (the "Guarantee"), unconditionally guaranteeing that he would be jointly and severally liable for all indebtedness owed by JM ROOFING OF GEORGIA, LLC including any interest, fees, costs of collection and attorney's fees:

> [G]uarantors, do jointly, severally, and unconditionally guarantee and promise to promptly pay when due any and all indebtedness of JM ROOFING OF GEORGIA to ABC, together with any late payment charge that may accrue thereon, regardless of how such indebtedness is incurred, whether such indebtedness is direct or indirect, absolute or contingent, due or to become due, or exists now or arises hereafter. In addition, JM ROOFING OF GEORGIA agrees to pay all costs of collection, legal expenses and attorney's fees paid or incurred by ABC in the collection of JM ROOFING OF GEORGIA indebtedness and in enforcing this Continuing Guaranty.

(Ex. A, p. 2).

9. JM ROOFING OF GEORGIA, LLC's Credit Application was approved, and it began purchasing materials and supplies from ABC. Those materials and supplies actually consisted of extension of credit under several account numbers as follows: 114287 (shop account); 753867 (Louisville sales account); and 511320 (Florida sales account), (collectively "Account"). Relevant to this lawsuit,

from on or about March 4, 2020 through May 29, 2020, JM ROOFING OF GEORGIA, LLC purchased materials and supplies from ABC on credit. True and correct copies of the Invoices are attached hereto as **Exhibit B**.

10. The Invoices required that payment for materials and supplies was due in full by the date stated on each Invoice. (*See* Ex. B).

11. Pursuant to the terms of the Credit Account, Defendant agreed that all Invoices unpaid beyond the due date would bear interest at the rate of 1.5% per month (18% per annum). (*See* Ex. A, p.3 at ¶ A-1).

12. Defendant ordered—and ABC delivered—$117,683.29 worth of materials and supplies that it did not pay for as payment became due. (*See* Account Statements, 06/30/2020, attached hereto as **Exhibit C**).

13. Pursuant to the terms of the Credit Account, all accounts that are past due are subject to a monthly late payment charge. (*See* Ex. A). As of June 30, 2020, the Account has incurred late fees as follows: $1,748.00 for Acct. No. 114287 (shop account); $251.96 for Acct. No. 753867 (Louisville sales account); and $2,881.38 for Acct. No. 511320 (Florida sales account). These late fees are itemized on the 06/30/2020 Account Statements. (*See* Ex. C). In total, as of June 30, 2020, the total amount of late fees charged to the Account is $4,881.34.

14. Pursuant to the terms of the Credit Account, the unpaid principal balance accrues interest at the rate of 18% per annum ($58.04 per diem). (*See* Ex.

A).  As of July 25, 2022, the amount of interest that has accrued on the Account since June 30, 2020 is $43,878.24.

15.    Except for one payment on May 28, 2020 for $2,087.83, Defendant has not paid anything towards the balance of the Credit Account.  Accordingly, the total amount owed by Defendant on the Credit Account, as of July 25, 2022, is $166,442.87 in unpaid principal, late fees, and interest, and interest continues to accrue on the unpaid principal at a rate of 18% per annum ($58.04 per diem).

16.    JM ROOFING OF GEORGIA, LLC is a now-dissolved Georgia registered limited liability company.  Upon information and belief, MILLER was the organizer and sole member of JM ROOFING OF GEORGIA, LLC during the relevant periods of this Complaint.

## COUNT ONE
## OPEN ACCOUNT

17.    ABC reasserts and incorporates by reference Paragraphs 1 through 16 of this Complaint, as if fully set forth herein.

18.    Defendant guaranteed the payment of the purchased materials and supplies from ABC on credit.

19.    ABC delivered the materials and supplies.

20.    The materials and supplies were not defective or deficient in any way.

21.    ABC delivered Invoices to Defendant, which required that the amounts due for JM ROOFING OF GEORGIA, LLC's purchases be paid in full by the dates

set forth on the Invoices.

22. Defendant failed to pay for $117,683.29 in purchases that it made from ABC on credit.

23. Under the terms of the Credit Account, JM ROOFING OF GEORGIA, LLC's debt accrues interest on the unpaid principal at a rate of 18% per annum until the debt is paid in full.

24. JM ROOFING OF GEORGIA, LLC is in default of the terms of the Credit Account in the amount of $166,442.87 in principal, late fees, and accrued interest, through July 25, 2022.

25. Pursuant to the Guarantee, MILLER is unconditionally jointly and severally liable to ABC for JM ROOFING OF GEORGIA, LLC's debt, including all fees and accrued interest.

### COUNT TWO
### BREACH OF CONTRACT

26. ABC reasserts and incorporates by reference Paragraphs 1 through 16 of this Complaint, as if fully set forth herein.

27. The terms and conditions of the Credit Account required Defendant to pay the entire principal balance on the Credit Account, plus late fees and accrued interest, by the due dates set forth in the Invoices.

28. Defendant failed to pay the Credit Account balance in full on or before the due dates set forth in the Invoices.

29. To date, Defendant has not paid the balance due on the Credit Account.

30. Pursuant to the Guarantee, MILLER is liable for the amount owed on the Credit Account.

### COUNT THREE
### UNJUST ENRICHMENT
### (Pleaded in the Alternative)

31. ABC reasserts and incorporates by reference Paragraphs 1 through 16 of this Complaint, as if fully set forth herein.

32. Defendant used the Credit Account to purchase materials and supplies from ABC.

33. Defendant failed to pay for the materials and supplies purchased under the Credit Account.

34. Because of its failure to pay the balance on the Credit Account, Defendant has been unjustly enriched at the expense of ABC in an amount no less than $166,442.87.

35. By virtue of Defendant's unjust enrichment, ABC is entitled to damages as proven at trial.

### COUNT FOUR
### QUANTUM MERUIT
### (Pleaded in the Alternative)

36. ABC reasserts and incorporates by reference Paragraphs 1 through 16 of this Complaint, as if fully set forth herein.

37. Defendant used the Credit Account to purchase materials and supplies from ABC.

38. ABC allowed Defendant to purchase materials and supplies under the Credit Account with the expectation that the funds would be repaid with interest.

39. Defendant failed to pay for the materials and supplies purchased under the Credit Account and knew that the materials and supplies that ABC delivered to JM ROOFING OF GEORGIA, LLC were not intended as a gratuity for JM ROOFING OF GEORGIA's use and benefit.

40. Principles of equity and justice demand that ABC receive restitution from Defendant under the principle of quantum meruit.

41. ABC is entitled to damages for the reasonable value of the benefits conferred upon Defendant in an amount to be proven at trial.

## COUNT FIVE
## ATTORNEY'S FEES AND EXPENSES OF LITIGATION

42. ABC restates and incorporates by reference Paragraphs 1 through 16 as if fully set forth herein.

43. Defendant has been notified and is hereby re-notified that ABC intends to enforce the provisions of the Credit Application and Guarantee relative to the payment of attorney's fees.

44. ABC has retained the services of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC ("Baker Donelson") in order to bring this action and thus has

become obligated to pay Baker Donelson reasonable attorneys' fees.

45. ABC has incurred attorneys' fees and costs in bringing this action.

46. The terms of the Credit Account provide that Defendant will be liable for ABC's actual attorney's fees and costs if ABC engages and attorney to collect upon Defendant' debt. Accordingly, ABC is entitled to recover its actual attorney's fees in this matter in an amount to be proven at trial.

**WHEREFORE**, ABC respectfully prays that the Court:

    a. enter judgment against Defendant on Count One of the Complaint and Count Two of the Complaint in the aggregate sum of $166,442.87 in principal, late fees, and interest accrued through July 25, 2022, plus interest accruing at the rate of 18% per annum ($58.04 per diem) until ABC is fully paid;

    b. alternatively, enter judgment against Defendant on Counts Three or Four of the Complaint in the aggregate sum of $166,442.87 in principal, late fees, and interest accrued through July 25, 2022, plus interest accruing at the statutory post-judgment interest rate until ABC is fully paid;

    c. enter judgment against Defendant on Count Five of the Complaint for attorney's fees and costs under the terms of the Credit Account in an amount to be proven at trial;

d. grant ABC a trial by jury on all applicable claims; and

e. grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 8th day of August 2022.

**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

By: */s/ Ashleigh Singleton*
ASHLEIGH SINGLETON
Florida Bar No. 1025754
E-Mail: asingleton@bakerdonelson.com
Secondary: lterry@bakerdonelson.com
3301 Thomasville Road, Suite 201
Tallahassee FL 32308
Telephone: (850) 425-7500

GARY A. BARNES
Georgia Bar No. 038575
(***pro hac vice forthcoming***)
1500 Monarch Plaza
3414 Peachtree Rd., N.E.
Atlanta, GA 30326
(404) 577-6000 – Telephone
(404) 221-6501 – Facsimile
gbarnes@bakerdonelson.com

*Counsel for Plaintiff American Builders and Contractors Co., Inc. a/k/a ABC Supply Co., Inc*